UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In re Subpoena Issued to*:<br><br>Charlie Bruce,<br>U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530<br><br>*In the Criminal Matter:*<br><br>UNITED STATES OF AMERICA<br><br>      v.<br><br>JOSHUA ALLEN,<br><br>         Defendant. | Civil Action No. 26-1377<br><br>On Removal From 2021 CF1 06416<br>D.C. Superior Court Criminal Division,<br>Felony Section |

**NOTICE OF REMOVAL OF SUBPOENA ISSUE ONLY**

Pursuant to 28 U.S.C. § 1442(a)(1), the United States Attorney's Office ("USAO"), on behalf of its employee, Charlie Bruce, by and through undersigned counsel, hereby files this Notice of Removal ("Notice") of a dispute concerning the issuance of a subpoena to Mr. Bruce and the filing of a motion to quash the subpoena. In support of this Notice, the following facts are relied upon.

1.      The USAO is in receipt of a subpoena in the criminal prosecution captioned, *United States v. Joshua Allen*, No. 2021 CF1 006416 (D.C. Superior Court), filed in the Criminal Division, Felony Section (the "underlying case"). The USAO was served with the subpoena on or about April 3, 2026. A copy of the subpoena is attached as Exhibit A.

2.      The USAO is a component of the U.S. Department of Justice and part of the U.S. Government. Removal of this matter is authorized pursuant to 28 U.S.C. § 1442(a)(1). *See Brown & Williamson Tobacco Corp. v. Williams*, 62 F. 3d 408, 415 (D.C. Cir. 1995) (removal of subpoena

matters are appropriate under 28 U.S.C. § 1442); *Houston Bus. J., Inc. v. Off. Of Comptroller of Currency*, 86 F. 3d 1208, 1211 (D.C. Cir. 1996) (quashing state court subpoena on removal to federal court as barred by sovereign immunity).

3.     A notice of filing this Notice of Removal of the subpoena issue only will be filed in the Superior Court of the District of Columbia this date.

WHEREFORE, the subpoena described above now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: April 22, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ Thomas W. Duffey*_____
     THOMAS W, DUFFEY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2510

*Attorneys for the United States of America*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22d day of April 2026, I caused to be served a copy of the foregoing by electronic mail to the parties in the underlying Superior Court criminal case:

Sara E. Kopecki
BHT Legal, PLLC
3816 Monte Vista Place
Alexandria, VA 22309
Bhtlegal12@outlook.com

*Counsel for Joshua Allen*

　　　And

Lindsey Merikas
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Lindsy.merikas@usdoj.gov

*Counsel for the United States*


　　　　　　　　　　　*/s/ Thomas W. Duffey*
　　　　　　　　　　　THOMAS W. DUFFEY

# EXHIBIT A

In The

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Criminal Division – Felony Section

| UNITED STATES OF AMERICA | : | |
| | : | 2021 CF1 006416 |
| v. | : | SH:  4.3.2026 |
| | : | J. Jason Park |
| JOSHUA ALLEN | : | |

## DEFENDANT'S AFFIDAVIT SUPPORTING SUBPOENA FOR GOVERNMENT EMPLOYEE AS A TESTIFYING WITNESS

Comes now Sara Kopecki, counsel for Joshua Allen, the Defendant in the above-captioned matter, to provide the following statement under penalty of perjury, which statement is provided in accordance with DOJ Regulations 28 CFR 16.23 for purposes of subpoenaing government personnel in a case where the government is a party.

Counsel seeks as a defense witness, Charlie Bruce, an employee of the U.S. Attorney's Office in the District of Columbia, who, as counsel is advised, prepared the government video exhibit entitled "US v Joshua Allen 2021F1006416 Comp (Draft 07102025).mp4," and which is hereafter referred to as "Government Exhibit.

1.  Charlie Bruce is needed for trial on May 18, 2026 and each day thereafter until his testimony is completed.

2. The purpose is to authenticate Government Exhibit, as a trial exhibit prepared by him in the course of his employ at the U.S. Attorney's Office in D.C., in connection with the government's prosecution of this case.

3. The testimony may include, for example, the following:

   a. Name. Place of employment. Duties in that employ. How long so employed.

   b. Did there come a time when witness was asked to prepare an exhibit for trial in this matter.

   c. When was that.

   d. What was the nature of the exhibit. Video.

   e. Are you familiar with Government Exhibit. [show beginning of exhibit]

   f. Is that the exhibit you prepared in connection with this case.

   g. Is this a fair and accurate video of Government Exhibit.

   h. What information or data was given to you for purposes of preparing Government Exhibit.

   i. Were you under the supervision of another from the U.S. Attorney's Office, with respect to Government Exhibit.

   j. Were you given instructions or directions regarding what Government Exhibit must show or how it must be shown.

   k. What information were you given to include in Government Exhibit.

   l. When did you complete the Government Exhibit.

   m. After you prepared Government Exhibit, what did you do with it.

The purpose of the testimony is for authentication of Government Exhibit

as an exhibit prepared by the government in its prosecution of this matter.

Sara E. Kopecki          #436304
BHT Legal, PLLC
3816 Monte Vista Place
Alexandria, VA  22309
Bhtlegal2@outlook.com
Attorney for Mr. Allen

Certificate of Service

A true and correct copy of the foregoing was sent by way of DC File Xpress to Jeanine Pirro, Esq., U.S Attorney for the District of Columbia, and to Assistant U.S. Attorney Lindsay Merikas at Lindsay.Merikas@usdoj.gov on this 2nd day of April, 2026.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### SUBPOENA

**UNITED STATES**
**District of Columbia**

Vs.

Joshua Allen

Case No. 2021 CF1 006416

To  Charlie Bruce / U.S. Attorney's Office for the District of Columbia 601 D Street, N.W. – 4.815 Washington D.C. 20530

Charlie Bruce / U.S. Attorney's Office for the District of Columbia 601 D Street, N.W. – 4.815 Washington D.C. 20530

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom 231 of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the 18 th day of MAY , 20 26 , at 9:30 a.m./p.m. as a witness for

and bring with you  Goverments trial exhibit, which exhibit is named by the goverment as " Charlie Bruce" and all documentaion including communications

relating to the production of that exhibit.

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this _____ day of _____ , 20 _____ .

Officer in Charge                    District

Clerk, Superior Court
Of the District of Columbia

SARA KOPECKI

Attorney for Government/Defendant
Phone No. 202 550-5096

Authorization as required by D.C. Code s 14-307 and *Brown v. U.S.*, 567 A.2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date                    Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:** _____

I hereby certify that I have personally served, or have executed as shown in **"REMARKS,"** the above subpoena on the individual at the address below.

Name and Title of Individual Served                    Address (If different than shown above)

I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason (s) as shown in **"REMARKS."**

Date(s) of Endeavor          Date and Time of Service
                              3:41 pm          4/3/26

**REMARKS**                  Signature of Title of Server

                                               Investigator